FILED
CLERK, U.S. DISTRICT COURT

APR 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Carrie L. Tolstedt | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>2:23-cr-00115-<br><br>**WAIVER OF INDICTMENT** |
|---|---|---|

I, _____Carrie L. Tolstedt_____ , the above-named defendant, who is accused of _____Obstruction of a bank examination_____ , in violation of _____18 U.S.C. 1517_____ , being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____04/07/2023_____ , prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_4.7.2023_
Date

_4.7.2023_
Date

_4-7-2023_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before: _[signature]_ Judicial Officer


If the defendant does not speak English, complete the following:

I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
Date

_____
Interpreter