WILLIAMS & CONNOLLY LLP
Enu A. Mainigi (*pro hac vice*)
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029
Email: emainigi@wc.com

UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: 213-394-7979
Facsimile: 213-529-1027
Email: matthew@umklaw.com

*Attorneys for Defendant Carrie L. Tolstedt*

FILED
CLERK, U.S. DISTRICT COURT
9/13/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: gga DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE L. TOLSTEDT,<br><br>Defendant. | Case No. 2:23-cr-00115-JLS<br><br>Assigned to Honorable Josephine L. Staton<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF CARRIE L. TOLSTEDT'S SENTENCING MEMORANDUM AND MATERIALS IN SUPPORT THEREOF**<br><br>Date: September 15, 2023<br>Time: 9:30 a.m.<br>Courtroom: 8A |

# APPLICATION

Defendant Carrie L. Tolstedt, by and through her counsel of record, hereby respectfully requests that the Court enter an order permitting the filing under seal of the unredacted version of the Sentencing Memorandum as well as supporting exhibits 3, 7, 8, 9, 12, 14, 16, 18, 19, 20, 22, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 48, 49, 50, 51, 53, 54, 55, 60, 61 and 67. This application is based on the attached memorandum of points and authorities, the accompanying declaration of Matthew D. Umhofer and exhibit A thereto, all files and records in this case, and any further information as may be presented to the Court.

Dated: September 1, 2023

*/s/ Matthew Donald Umhofer*
UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: 213-394-7979
Facsimile: 213-529-1027
Email: matthew@umklaw.com

WILLIAMS & CONNOLLY LLP
Enu A. Mainigi (*pro hac vice*)
680 Maine Avenue, SW
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029
Email: emainigi@wc.com

*Attorneys for Defendant Carrie Tolstedt*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Concurrent with this Application, Ms. Tolstedt is filing her Sentencing Memorandum and supporting exhibits (together, "Sentencing Materials"). A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). In recognition of those powers, Federal Rule of Criminal Procedure 49.1, Local Criminal Rule 49.1-1, and the Court's Procedures for Filing Documents Under Seal in Criminal Cases (updated Apr. 7, 2023) provide that a party may request that documents be filed under seal.

Pursuant to that authority, Ms. Tolstedt respectfully requests to file under seal materials containing two categories of information. *First*, the Sentencing Memorandum and supporting exhibits 3, 37, 38, 39, 40, 42, 43, 44, 48, 49, 50, 51, 53, 54, 55, 60, 61 and 67 reference confidential personal information—including medical and psychological conditions or circumstances—of herself, persons who have submitted character letters on her behalf, and other persons mentioned in those character letters. "Courts throughout the Ninth Circuit have recognized that the need to protect medical privacy generally qualifies as a compelling reason to seal records." *Weisberg v. Takeda Pharm. U.S.A., Inc.*, 2018 WL 6252458, at * 2 (C.D. Cal. July 3, 2018). That material should be sealed. *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL 89931, at *1 n.1 (N.D. Cal. Jan. 10, 2011) (noting that medical records are deemed confidential under the Health Insurance Portability and Accountability Act and *sua sponte* sealing filings in order to "protect the Patient's confidential medical information"). Ms. Tolstedt has proposed limited redactions to her Sentencing Materials addressing that sensitive information. *See* Declaration of Matthew Donald Umhofer ("Umhofer Decl.") ¶ 2.

*Second*, Ms. Tolstedt is seeking to file under seal information that the Office of the Comptroller of the Currency ("OCC") has asserted is non-public OCC information and thus is generally protected from disclosure under agency regulations. *See generally*

3

12 C.F.R. § 4.36.  That information is contained in the Sentencing Memorandum and supporting exhibits 7, 8, 9, 12, 14, 16, 18, 19, 20, 22, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35.  The OCC's regulations provide: "It is the OCC's policy regarding non-public OCC information that such information is confidential and privileged.  Accordingly, the OCC will not normally disclose this information to third parties."  12 C.F.R. § 4.36(b).  In this case, the OCC has specifically authorized Ms. Tolstedt to use the referenced non-public OCC information on the condition that it be sealed in connection with any filing in this matter.  *See* Umhofer Decl. ¶ 3.  This information should also be sealed.  *See Bureau of Consumer Fin. Prot. v. Fifth Third Bank, N.A.*, 2021 WL 4848883, at *1-2 (S.D. Ohio July 8, 2021) (sealing CSI of a federal bank regulatory agency on the grounds that "Fifth Third has an obligation, under federal law, not to make public any CSI in its possession").

       The Government consents to filing the categories of information addressed in this Application under seal, but reserves the right to object to sealing on a document-by-document basis upon review of the final materials.  Umhofer Decl. ¶ 5.

       Accordingly, Ms. Tolstedt's Sentencing Memorandum and supporting exhibits 3, 7, 8, 9, 12, 14, 16, 18, 19, 20, 22, 24, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35, 37, 38, 39, 40, 42, 43, 44, 48, 49, 50, 51, 53, 54, 55, 60, 61 and 67 should be filed under seal.

       In compliance with the Court's Procedures for Filing Documents Under Seal in Criminal Cases, highlighted, redacted, and unredacted versions of the Sentencing Materials accompany this Application.

       For the foregoing reasons, Ms. Tolstedt respectfully requests that the Court grant her Application for Leave to File Under Seal and enter the accompanying Proposed Order.

1 | Dated: September 1, 2023

2 | /s/ Matthew Donald Umhofer
UMHOFER, MITCHELL & KING LLP
3 | Matthew Donald Umhofer (SBN 206607)
767 S. Alameda St., Suite 270
4 | Los Angeles, California 90021
Telephone: 213-394-7979
5 | Facsimile: 213-529-1027
Email: matthew@umklaw.com

6

7 | WILLIAMS & CONNOLLY LLP
Enu A. Mainigi (*pro hac vice*)
680 Maine Avenue, SW
8 | Washington, DC 20024
Telephone: 202-434-5000
9 | Facsimile: 202-434-5029
Email: emainigi@wc.com

*Attorneys for Defendant Carrie Tolstedt*